In the Matter of the Claim of WILLIAM E. PHONVILLE, Respondent, against NEW YORK AND CUBA MAIL STEAMSHIP COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

Reported below, 187 App. Div. 912.
(Submitted April 7, 1919; decided April 8, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 28, 1919, modifying and affirming as modified an award of the State Industrial Commission made under the Workmen's Compensation Law.

The motion was made on the ground that the appeal could not be taken as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Pope B. Billups* for motion.

*E. C. Sherwood* opposed.

Motion denied, without costs.